HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JIMMY JOHN GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:91-cr-00072-WBS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DISPOSITION HEARING** |
| vs. | |
| JIMMY JOHN GUTIERREZ, | Date:   March 20, 2017 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Jimmy J. Gutierrez, that the disposition hearing scheduled for March 20, 2017 be vacated and reset for April 3, 2017 at 9:00 a.m.

On February 27, 2017, Mr. Gutierrez entered an admission to Charge 1 of the Petition (Docket #199). The Court set a disposition hearing for March 20, 2017 at 9:00 a.m.  Defense counsel will be unavailable on March 20, 2017, due to work-related travel.  By this stipulation, the parties jointly move for a continuance of the disposition hearing to April 3, 2017, which represents the next best date for the parties.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 13, 2017                    */s/  Jerome Price*
                                        JEROME PRICE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JIMMY JOHN GUTIERREZ

Date: March 13, 2017                    PHILLIP A. TALBERT
                                        United States Attorney

                                        */s/ Samuel Wong*
                                        SAMUEL WONG
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **The Court specifically orders the March 20, 2017 disposition hearing shall be continued to April 3, 2017, at 9:00 a.m. before Judge William B. Shubb.**

Dated:  March 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE