HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JIMMY JOHN GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JIMMY JOHN GUTIERREZ, <br><br> Defendant. | Case No.  2:91-cr-00072-WBS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DISPOSITION HEARING** <br><br><br> Date:   April 3, 2017 <br> Time:  9:00 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Jimmy J. Gutierrez, that the disposition hearing scheduled for April 3, 2017 be vacated and reset for May 15, 2017 at 9:00 a.m.

On February 27, 2017, Mr. Gutierrez entered an admission to Charge 1 of the Petition (Docket #199).  By previous stipulation, the Court ordered the disposition hearing continued to April 3, 2017 (Docket #210). By this stipulation, the parties jointly move for a continuance of the disposition hearing to May 15, 2017, to allow defense counsel additional time to conduct mitigation investigation in preparation for the sentencing hearing. This date represents the next best date for the parties.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 30, 2017      */s/ Jerome Price*
                                    JEROME PRICE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    JIMMY JOHN GUTIERREZ

Date: March 30, 2017      PHILLIP A. TALBERT
                                    United States Attorney

                                    */s/ Samuel Wong*
                                    SAMUEL WONG
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **The Court specifically orders the April 3, 2017 disposition hearing shall be continued to May 15, 2017, at 9:00 a.m. before Judge William B. Shubb.**

Dated:  March 31, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE