| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN #282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>JIMMY JOHN GUTIERREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:91-cr-00072-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE DISPOSITION HEARING** |
| vs. | ) | |
| | ) | |
| JIMMY JOHN GUTIERREZ, | ) | |
| | ) | Date: May 15, 2017 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Jimmy J. Gutierrez, that the disposition hearing scheduled for May 15, 2017 be vacated and reset for June 5, 2017 at 9:00 a.m.

On February 27, 2017, Mr. Gutierrez entered an admission to Charge 1 of the Petition (Docket #199). By previous stipulation, the Court ordered the disposition hearing continued to May 15, 2017 (Docket #212). By this stipulation, the parties jointly move for a continuance of the disposition hearing to June 5, 2017, due to a conflict in defense counsel's schedule. The continuance will further allow additional time to conduct mitigation investigation in preparation for the sentencing hearing. This date represents the next best date for the parties.

///

Stipulation and Order to Continue Disposition Hearing    -1-    *U.S. v. Jimmy J. Gutierrez*, 2:91-cr-00072-WBS

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 11, 2017

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
JIMMY JOHN GUTIERREZ

Date: May 11, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **The Court specifically orders the May 15, 2017 disposition hearing shall be continued to June 5, 2017, at 9:00 a.m. before Judge William B. Shubb.**

Dated: May 12, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE