HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JIMMY JOHN GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:91-cr-00072-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE DISPOSITION HEARING** |
| vs. | ) |
| JIMMY JOHN GUTIERREZ, | ) |
| | ) Date: June 5, 2017 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Jimmy J. Gutierrez, that the disposition hearing scheduled for June 5, 2017 be vacated and reset for June 26, 2017 at 9:00 a.m.

On February 27, 2017, Mr. Gutierrez entered an admission to Charge 1 of the Petition (Docket #199). By previous stipulation, the Court ordered the disposition hearing continued to June 5, 2017 (Docket #214). By this stipulation, the parties jointly move for a continuance of the disposition hearing to June 26, 2017, due to a conflict in defense counsel's schedule. The continuance will further allow additional time to conduct mitigation investigation in preparation for the sentencing hearing. This date represents the next best date for the parties.

///

Stipulation and Order to Continue Disposition Hearing -1- *U.S. v. Jimmy J. Gutierrez*, 2:91-cr-00072-WBS

In the event that Mr. Gutierrez desires to file a sentencing memorandum, he shall file his sentencing memorandum by June 12, 2017. In the event that the United States desires to respond to Mr. Gutierrez's sentencing memorandum, the United States shall file its response by June 19, 2017.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: June 1, 2017                          */s/ Jerome Price*
                                                JEROME PRICE
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                JIMMY JOHN GUTIERREZ

Date: June 1, 2017                          PHILLIP A. TALBERT
                                                United States Attorney

                                                */s/ Samuel Wong*
                                                SAMUEL WONG
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Any defense sentencing memorandum shall be filed by June 12, 2017. Any government response shall be filed by June 19, 2017. **The Court specifically orders the June 5, 2017 disposition hearing shall be continued to June 26, 2017, at 9:00 a.m. before Judge William B. Shubb.**

Dated: June 1, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE