1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   JIMMY JOHN GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:91-cr-00072-WBS |
|---|---|
| Plaintiff, | |
| vs. | **RELEASE ORDER** |
| JIMMY JOHN GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Jimmy John Gutierrez shall be released from federal custody from the Marshal's lock-up at the United States Courthouse the morning of Wednesday, August 2, 2017 by 9:00 a.m. Defendant is released on the same terms and conditions of his supervised release, including the modified condition imposed in court on Monday, July 31, 2017. Defendant shall report directly to the Fresno Rescue Mission Academy no later than 4:00 p.m. on Wednesday, August 2, 2017.

Dated: July 31, 2017

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE