PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:91-CR-072 WBS |
|---|---|
| Plaintiff, | SETTLEMENT AGREEMENT INCLUDING WAIVER OF APPEAL AND COLLATERAL ATTACK RIGHTS, AND ORDER THEREON |
| v. | |
| JIMMY JOHN GUTIERREZ, | DATE: July 31, 2017 TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

Whereas, on defendant February 27, 2017, defendant Jimmy John Gutierrez did admit to Charge 1 of the Petition for Warrant or Summons for Offender under Supervision that he unlawfully used a controlled substance, to wit: methamphetamine;

Whereas Gutierrez acknowledges and agrees that: (1) the Court could impose a sentence of up to 52 months incarceration for his violation of supervised release, pursuant to 18 U.S.C. § 3583(e)(3); and (2) this 52-month maximum sentence of incarceration is properly computed by taking the maximum cumulative term permitted by statute or 60 months, subtracting the cumulative prison term imposed for any prior revocation of this term of supervised release or 8 months;

Whereas the Fresno Rescue Mission Academy conducts an 18-month drug treatment program (comprised of a 12-month inpatient correctional treatment program, followed by a 6-month aftercare component), that is designed to provide its participants, who are referred to in the program as Disciples, with life-changing guidance and skills, including family restoration, educational, vocational, employment, and character-building skills to help enable the Disciple to lead a drug-free, gainfully-

1

1  employed, and law-abiding life. The Fresno Rescue Mission Academy's 18-month drug treatment
2  program is more particularly described in Appendix 1 to this Settlement Agreement, and is incorporated
3  herein by this reference;

4  Whereas, as stated in detail in the July 26, 2017, Memorandum from Assistant Federal Defender
5  Jerome Price to Assistant United States Attorney Samuel Wong, attached hereto as Appendix 2, and
6  incorporated herein by this reference, Gutierrez desires to participate in the Fresno Rescue Mission drug
7  treatment program to help provide him with the opportunity to demonstrate meaningful and positive
8  changes, if any, in his character and lifestyle before the Court conducts the revocation and sentencing
9  hearing for his violation of his supervised release; and

10  Whereas Gutierrez strongly requests and agrees that the Court shall delay revocation of his
11  supervised release term, pursuant to 18 U.S.C. § 3583(i), and extend the revocation "beyond the
12  expiration of the term of supervised release" until February 25, 2019, to allow him time to enroll into
13  and complete the Fresno Rescue Mission 18-month drug treatment program,

14  It is hereby requested, stipulated, and agreed by and between the United States and Gutierrez
15  that:

16  A.  (1)  The Court shall delay revocation of his supervised release term, pursuant to 18
17  U.S.C. § 3583(i), and extend the revocation "beyond the expiration of the term of supervised release"
18  until February 25, 2019, including any further delay thereafter, if reasonably necessary to reschedule the
19  hearing for the convenience of the Court and/or parties, to allow Gutierrez time to enroll into and
20  complete the Fresno Rescue Mission drug treatment program; (2) such an extension is to his tremendous
21  benefit and reasonably necessary for the adjudication of matters arising before the expiration of the
22  supervised release term; and (3) before the expiration of the supervised release term, a warrant or
23  summons has been issued on the basis of an allegation of such a violation.

24  B.  The Court shall modify the terms and conditions of Gutierrez's supervised release to
25  include this additional term and condition:

26  4.  The defendant shall reside and successfully participate in the Fresno Rescue Mission
    Academy, an 18-month drug treatment program, consisting of a 12-month inpatient
27  correctional treatment program, followed by a 6-month aftercare component, to obtain
    treatment and assistance for drug and/or alcohol abuse, and life-changing family
28  restoration, educational, vocational, employment, and character-building guidance and skills.

1   C.   The Fresno Rescue Mission shall provide written quarterly status and progress reports of
2 Gutierrez's participation in its drug treatment program to the United States Probation Office, which shall
3 promptly forward the reports to the Federal Defender's Office, the United States Attorney's Office, and
4 the Court.
5   D.   The Fresno Rescue Mission shall promptly report any improper conduct, any violation of
6 its rules, and/or any violation of local, state, or federal laws by Gutierrez while participating in its drug
7 treatment program to the United States Probation Office, which shall promptly forward the reports to the
8 Federal Defender's Office, the United States Attorney's Office, and the Court.
9   E.   The Court shall conduct status hearings on February 5, 2018, and August 6, 2018.
10   F.   Gutierrez irrevocably waives any objection to the delay in his revocation hearing to
11 February 25, 2019, including any further delay thereafter, if reasonably necessary to reschedule the
12 hearing for the convenience of the Court and/or parties, as contained in this Settlement Agreement as
13 such delay is at his request and for his benefit.
14   G.   Gutierrez understands that the law ordinarily gives him a right to appeal and/or to attack
15 collaterally whether by way of a motion pursuant to 28 U.S.C. §§ 2255 and 2241, or otherwise his
16 admission of guilt to violating his supervised release term as alleged in Charge 1 of the Petition and the
17 sentence imposed by the Court. However, as part of this Settlement Agreement, Gutierrez irrevocably
18 agrees to give up all of these rights and any right to engage in any further litigation with respect to his
19 admission and/or sentence so long as the Court sentences him within the advisory sentencing guideline
20 range. Notwithstanding anything to the contrary in this Settlement Agreement, Gutierrez agrees to
21 waive all rights to appeal and/or to attack collaterally his admission to Charge 1 and/or any sentence,
22 whether by way of a motion pursuant to 28 U.S.C. §§ 2255 and 2241, any writ, including without
23 limitation, writ of habeas corpus and/or writ of coram nobis, or otherwise to engage in any further
24 litigation in this case (to the extent legally permitted), sentence so long as the Court sentences him
25 within the advisory sentencing guideline range. Gutierrez understands and agrees that as a result of the
26 waiver of his rights in this paragraph, he will be forever barred from requesting that any court -- higher,
27 lower, or at the same level of the district court -- review his admission and/or sentence in this case at any
28 future time sentence so long as the Court sentences him within the advisory sentencing guideline range.

| | |
|---|---|
| 1 | **APPROVALS AND SIGNATURES** |
| 2 | **A.** **Defense Counsel:** I am defendant's attorney. I represent that my client has received a |
| 3 | copy of the Petition for Warrant or Summons for Offender under Supervision and this Settlement |
| 4 | Agreement. I fully explained, and my client has acknowledged to me understanding, each of these |
| 5 | documents, and his rights, including those rights contained in F.R.Crim.P. 32.1. I have fully discussed |
| 6 | with my client, and answered his questions regarding the provisions of the Sentencing Guidelines which |
| 7 | may apply to defendant's case. To my knowledge, his decision to enter into this Settlement Agreement |
| 8 | is an informed and voluntary one. The Settlement Agreement accurately and completely sets forth the |
| 9 | entirety of the agreement. I concur in my client's decision to enter into this Settlement Agreement. |
| 10 | Based on my dealings with defendant, I believe he is mentally competent to enter into this Settlement |
| 11 | Agreement. |

DATED: 7/31/17, 2017

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorney for defendant
JIMMY JOHN GUTIERREZ

**B.** **Defendant:** I have received a copy of the Petition for Warrant or Summons for Offender under Supervision and this Settlement Agreement. I have carefully reviewed each document with my attorney and each document has been explained to me by my attorney to my understanding. Further, I have consulted with my attorney regarding this Settlement Agreement and my case and fully understand my rights with respect to F.R.Crim.P. 32.1 and the provisions of the Sentencing Guidelines which may apply to my case. No other promises or inducements have been made to me, other than those contained in this Settlement Agreement. In addition, no one has threatened or forced me in any way to enter into this Settlement Agreement. I am satisfied with the representation of my attorney in this case.

DATED: 7/31/17, 2017

/s/ Jimmy Gutierrez
JIMMY JOHN GUTIERREZ
Defendant

C. **Attorney for United States**: I accept and agree to this Settlement Agreement on behalf of the United States.

DATED: July 31, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

## ORDER

The Court having received, read, and considered the parties' Settlement Agreement, including the representations included therein, and Good Cause Appearing therefrom,

The Court adopts the parties' Settlement Agreement in its entirety as its ORDER.

It is so ORDERED.

Dated: 7/31/2017

/s/ William B. Shubb
WILLIAM B. SHUBB
United States District Judge

5

# APPENDIX 1

# Fresno Rescue Mission Academy Program Primary Goals

1. Develop a life changing relationship with our Lord and Savior Jesus Christ;

2. Conquer all your addictions once and for all;

3. To be restored to your family;

4. To be a productive member of society.

## We also help you in the following ways: Develop a disciplined life style and a strong spiritual foundation.

1. Assist in developing a daily devotional life of regular Bible study and prayer;

2. Provide ideas for maintaining a disciplined and sustainable life style;

3. Offer means to identify and work through personal issues;

4. Provide opportunities for family restoration and reconciliation;

5. Give you the opportunity to develop the skills that will help you become a better husband, father, son, employee, etc.

6. Provide opportunities to find a Christian church of your choice for you and your family;

7. Link you to key relationships to Christian men and groups outside the program so that, by the time you leave, you have a network of support and accountability;

8. Assist in obtaining your GED and/or improve development of your scholastic skills and abilities;

9. Assist you to develop and/or improve vocational and character skills making you more employable and have the tools to succeed on your job:

10. Provide an aftercare program that will help you develop the structure and disciplines that will enable

## Academy Classes & Counseling

All Disciples are required to take classes from 8:00 am – 1:00, 3:00 pm every weekday. Classes vary from Life Skills, Relapse Prevention, Anger Management, ACE Overcomers, Leadership Development, Character development Training, Addiction Education, and many more.

Each Disciple has mandatory group counseling at least 2 hours a week, and weekly 1 to 1 with their counselor. For drug related counseling we use the Genesis process with Cognitive Behavioral Therapy and Motivational Interviewing.

## Program Description

The Fresno Rescue Mission Academy is an 18-month rehabilitation, work-therapy, and career-development program for men with a mandatory aftercare component. The Academy is a highly structured, disciplined and accountability program designed for men that need this type of environment in order to recover from their addictions and experience life change. The men enrolled in the Academy are referred to as "Disciples", which is a term that reflects the fact that we are a Christian-based program and hope he will choose to accept Jesus Christ as his Savior and Lord follow his teachings. He does not have to be a Christian to participate in the program but must be open to Christian teachings. We do not discriminate against other faiths, or no faith, but literature and proselytizing of any other faith is not allowed. We are also a tobacco-free program so please no smoking on Mission property.

Upon completion of the residential phase, which is usually about 12 months, there is a mandatory after care phase. Disciples must complete both phases of the program in order to graduate. If they are married, Disciples might be able to go home to complete the aftercare portion of the program once a home visit has been conducted and indicates a safe and healthy living environment, although an extended stay at the Mission or the transitional apartments may be required. Those with active restraining orders in place will not be allowed to go home or have contact. Home visits will be conducted by the Aftercare Coordinator. The Aftercare Coordinator has the final say as to if and when a married Disciple can go home. However, if he is single or not legally married, a Disciple must complete his aftercare within the community living provided through transitional apartments.

The residential phase of the program consists of 4 quarters during which your family member will participate in activities geared towards accomplishing the goals listed above. These activities include 14 hours of mandatory classes weekly (spiritual growth, addiction recovery and life skills training), weekly group counseling, regular chapel services, evening electives, outside recovery meeting and mentoring meetings. If he doesn't have a high school diploma or GED, then participation in our GED program is mandatory. All Disciples are required to attend the church of their choice and have a 3 hour church pass upon completion of their blackout period. Because the Academy is a work-based program, he will be assigned to a work team where he can learn valuable work-related skills and develop a good work ethic that will help him succeed when his program is over. Individual, marriage and family counseling is also available. Several of our evening electives are also available that help partners, mothers and marriages of our men.

The aftercare phase of the program begins at the end of 4th quarter when they begin their job searches (although moving into the transitional apartments usually doesn't occur until they find a job and get a few pay checks). All married Disciples, once they find a job, will go to the transitional apartments for at least a few weeks to give plenty of time to do a home visit and to prepare the Disciple and the family for his re-entry back into the home. The Academy has

volunteers that can assist with the transition back home if needed. Whether at home or at the transitional apartments, all those in the aftercare phase of the program are required to attend 2 outside meetings, Friday Night Live held at the transitional apartments, a weekly counseling group and submit to regular and random drug and alcohol tests.

# POLICIES AND PROCEDURES
## Introduction
Disciples are expected to follow all the policies and procedures of the Fresno Rescue Mission and the Academy at all times. They may be changed at any time, but you will be advised of the changes as they occur during formation or in class. Violation of any policies or procedures may result in temporary restrictions of privileges or expulsion from the Academy program.

When rules refer to "Mission Property", they apply to all properties, which include the Community Care, the Mechanic Shop, the main FRM, the Mission at the Mission, Accounting buildings, the Academy and Computer Learning Center (CLC) trailers, Rescue the Children (RTC), the Thrift Store, the Transition Apartments, the Van Ness Home, all Mission owned properties, parking areas, vacant lots around the Mission and Mission vehicles.

**All new Disciples are on an automatic minimum 60 day "Refocus Time" (blackout period) without the normal privileges extended to non-restricted Disciples. During this time you may not have any visits, passes or phone calls. You may write and receive letters.**

## Behavior
1. You are expected to be on your best behavior in all that you say and do at the Fresno Rescue Mission. Follow all the rules and treat others with respect.

2. You will treat all FRM staff, volunteers, guests and visitors with respect at all times. **Do not stare nor gawk at females**. You also are not to carry on casual conversation with FRM employees, volunteers, guests or visitors beyond what is necessary to do your job, to deal with program business referred to that specific individual, or general social courtesies. **Anything beyond that is considered fraternizing.**

3. **NO** alcohol or drugs are allowed on Mission property, and you are prohibited from using them while in the Academy Program (including the mandatory 6 month aftercare). We enforce a "**ZERO TOLERANCE POLICY**" in this matter. No product that contains alcohol is allowed. This would include mouthwash or cold remedies that contain alcohol. Be advised to purchase non-alcohol versions of these products. If you blow numbers on the alcohol Breathalyzer, then you will be terminated.

4. **This is a tobacco-free program**. You are not permitted to use or possess tobacco products of any kind on Mission property. We will also go by the rule of thumb that if you smell like smoke, then you have been smoking. The first offense will result in 60 days restriction. The second offense could

possibly result in termination from the program. If you are already on restriction, then 60 days will be added to the existing restriction.

5. No weapons of any kind are permitted on Mission property or on the persons of the disciples. This includes knives, scissors and straight razors of any kind and size. Possession of these items may result in immediate termination.

6. Do not steal. Theft will result in immediate termination from the Academy.

7. Do not use the name of the Lord in vain. Profanity is not permitted at any time.

8. Pornography, pornographic materials or sexually suggestive materials are not permitted at any time.

9. Sexual contact between disciples is not permitted. Violations will result in immediate termination from the Academy. All forms of "sex play" are also strictly forbidden.

10. No sexually suggestive comments, gestures, conduct or inappropriate socializing or fraternization is permitted with guests, volunteers, staff members, people in Community Care, community service personnel, or other disciples.

11. You are expected to treat each other with respect. Specifically, that means no name calling, belittling, teasing, demeaning, making fun of or yelling at anyone else. If you're having a problem with someone you are expected to handle it in a mature manner as prescribed in Matthew 18:15-17. If necessary, ask an Academy staff person or your counselor how to approach the situation. Any threats, hostile gestures, bullying or laying hands on someone will lead to immediate termination.

12. Communication shall be kept at a minimum with the homeless on the street, volunteers and FRM staff (other than the Academy). Avoid excessive socializing.

13. Horseplay is not permitted. Horseplay includes: wrestling, tripping, pushing, punching/slapping, thumping/flicking, head locks, bear hugs, etc.

14. No loitering is permitted in front of the Mission, at the gates, in the parking lots, lobby, in front of Mission at the Mission, the Accounting Office, warehouse, alley ways and the mechanics shop.

15. No Disciple is allowed on the Mission at the Mission side/west side of the property unless they are going to and from class, are on work assignment from their Team Leader or are authorized by staff or House Managers for a specific reason.

16. No gang-related attire is permitted, nor are any gang type cliques or disruptive groups permitted. No gang greetings, handshakes, flashing signs or gestures of any kind are permitted.

17. Headgear with sports logos is not permitted. Hats and stocking caps are okay. No bandanas of any type are to be worn. Nylon stockings are only to be worn at bedtime or for work or if required for

your job duty, like working around food. No headgear is to be worn during chapel or indoor public functions (like the Tuesday or 4th Quarter Luncheons).

18. There are to be no jerseys, sports team logos, symbols, pictures, alcohol or tobacco advertising, music bands other than Christian bands worn on Mission property. This includes t-shirts, sweat shirts, jacket, hats or any other type of clothing or footwear.

19. No Disciple shall engage in body piercing or wear body-piercing paraphernalia. Tattooing is not allowed be done on Mission property, while in the program, nor is anyone allowed to tattoo some else.

20. A wedding ring, or one other small ring, watches, small and modest Christian crosses or necklaces, or authorized lapel pins are considered appropriate jewelry for wear. The wearing of earrings, gauges, "choker" type necklaces, piercing studs or jewelry that suggests gang attire or affiliation will not be permitted at any time.

21. Disciples will not cause disturbances at any Mission activity or function.

22. No fighting, violent behavior, threats, intimidation or bullying is allowed. Violations will result in termination.

23. Quarreling, loud talking and unruly behavior are not permitted.

24. Disciples will avoid entertaining each other with talk (or lingo) about previous destructive lifestyles - alcoholism, drug addiction, gangs, etc. No glorifying the past. **Exception:** The subject may arise in the giving of a testimony that brings glory to God or in a counseling, rehabilitation or class setting.

25. Failure to submit to a requested drug test, or the failure of a drug test, will result in termination from the Academy. If you are unable to give a urine sample, there will be allotted a 30 minute time span on all drug tests. Failure to comply with the time limit may result in termination from the program. If you test positive for drugs but wish to contest the results, then you can do so and we will "suspend" and remove you from the program pending the results of a follow-up test. If you wish to contest a drug test, then the following must be complied with:

☐ Only a hair follicle test will be accepted;

☐ You must go to one of the places on the list we provide;

☐ It is done at your own expense;

☐ It must be done the same day of the original test.

Failure to comply with the above will result in accepting the results of our drug test and termination from the program. If you do comply with the above and the results from the hair follicle test confirms that you are clean, then you will be reinstated into the program. If the results confirm our original tests that you are dirty for drug use, then you will be terminated.

26. Unauthorized Disciples are not permitted in the clothing warehouse, kitchen food prep areas or food warehouses. Any stealing or pilfering from items donated or any other Fresno Rescue Mission property is cause for immediate termination.

27. All offices, including the receptionist's office, are off limits unless appropriate personnel for required job or business purposes give approval.

28. The chapel stage and microphones are off limits unless the Chaplain or his assistants gives approval. Choir, worship team or band rehearsals are between the hours of 4:00-6:00 pm or after chapel until lights out Monday through Friday and 12:00-6:00 pm on the weekends only.

29. Disciples are not permitted to use Mission phones unless authorized by paid mission staff. **Disciples are not permitted to have cell phones unless they are in the 4th quarter and have been given permission by the Employment Services Coordinator.** However, any 4th quarter Disciple with an authorized cell phone is not allowed to let other Disciples use his phone. If he does, then his phone privileges will be removed and a restriction will be added.

30. Disciples will not leave the Mission campus for any reason unless they have an appointment on calendar in advance, they have the appropriate authorization from their counselor, a signed excuse slip and have the information for their appointment entered into SPERO. All court committed Disciples on Refocus Time must be accompanied by an escort that is provided by the Academy Office. All Disciples on Refocus Time or disciplinary restriction will be assigned an escort unless authorization to leave on an appointment without an escort is obtained from paid Academy Staff.

31. Disciples are assigned to Teams. Each team has different work duties and every Disciple is expected to complete them on a daily basis. Other work assignments will be given on an "as needed" basis. **You are to report to your Team Leader before leaving on scheduled appointments and when returning. Failure to do so may result in disciplinary action.**

32. Disciple's food and beverages will only be consumed in the dining areas, outside or on the tables by the weight pile. No eating in the TV and pool table areas is allowed. No eating or drinking during class time, chapel services or while watching movies in the trailers. The only exceptions are during the Women's Group and Couple's Group. However it is expected that the trailers being used are cleaned up afterwards. NO trays, cups, utensils or glasses are to be taken from the dining area at any time.

33. **Food is not to be stored in the dorms, rooms or clothes lockers.** Food may only be stored in the designated food lockers. (See section "I" for food locker regulations)

34. Spitting on the Mission grounds or on the person of another is not permitted.

35. No personal headphones/ear buds, DVD's, CD's, laptops, cell phones, televisions, hand-held computer games, radios, I Pods, IPads, MP3 player or flash drives (unless you are in the 4th quarter) are allowed on the Mission property.

36. Disciples will treat all Mission supporters or persons bringing donations to the Mission with the utmost courtesy, expressing thankfulness and providing immediate and complete assistance in helping them unload their vehicles, carrying in donations, providing any information needed and providing them with a completed receipt for their donations.

37. Fire-hazardous materials, because of their danger to all buildings and personnel, are not allowed. Candles, incense, matches, and lighters are considered fire hazardous materials and they are not permitted.

38. Any destruction of Mission property is grounds for immediate termination.

39. Undershirts and tank tops are not allowed to be worn as outer garments in public, at meals, in classes or in the chapel. Tank tops may only be worn while exercising or in the dorms.

40. Shorts may not be worn during class, work therapy, or during chapel. The exceptions to this rule are stated below. They may be worn during free time. They may also be worn on all squads that work outdoors on summer days when the temperature is 100 or above (more explanation below). Also, sleeveless shirts may only be worn while lifting weights or during sport and recreational times. No parading up at the front of the Mission in this attire.

41. Any selling of goods or services to **ANYBODY** is strictly prohibited. Any Disciple caught selling any kind of goods (i.e. food, drinks, etc.) or services (i.e. haircuts, car washes, laundry services, etc.) will be terminated from the program.

42. No EBT cards are allowed on sight nor can they be sold to the homeless on the streets, those at Community Care or Disciples.

43. All Court Orders and conditions of probation or parole are expected to be followed at all times. If it is discovered that a Disciple is not following court orders or conditions placed on them by probation or parole, the appropriate action will be taken. Law enforcement (Probation Officer, Parole Agent, Police Dept., etc.) will be notified and disciplinary action will be taken by the Academy which could result in termination from the program and possible arrest.

## Protection/Restraining Orders And All Other Requirements Mandated By The Court

The Fresno Rescue Mission Academy adheres to all laws set forth by the State of California and all conditions mandated by the court. As such, if there is a protection or restraining order in effect, the Mission will abide by them. Violations of such orders are not tolerated by the Fresno Rescue Mission and will result in the termination of the Disciple from the program. Likewise, all other requirements set out by the court, probation or parole will be adhered to as well. The Disciple will also have the opportunity to attend court mandated DUI, Domestic Violence, Batterer's Treatment, or any other required class while he is in the program if the class does not interfere with his program. Disciples are financially responsible for such classes, as well.

## Refocus Period

Upon entering the program, all new Disciples are on an automatic minimum 60-day Refocus period. This 60 day refocus period begins after he completes student orientation, not the day he arrives. During this refocus period, Disciples are allowed one five-minute phone call upon arrival to the program. They are not allowed to have any visits, phone calls or passes while on refocus period, although they can write and receive letters. While they can leave the residential facility in order to keep appointments with doctors, court, probation/parole, etc. they first must have permission from Academy staff and go with an escort, which is another Disciple that has been in program awhile. Family may not transport or accompany Disciples on blackout to outside appointments without staff approval.

## Mail

During his refocus period and throughout the duration of his program, a disciple is allowed to send and receive mail. Upon request, two unstamped envelopes are provided per week and will be mailed at no expense. Additional letters may be mailed; however, postage will be at the Disciple's expense. You may mail disciples letters to the following address:

*Disciple Name*

310 G Street

Fresno, CA 93706

## Academy Drop-Off Policy

You are allowed to drop off items your family member may need, such as food, clothing, toiletries, etc. while they are on refocus period. During the refocus period, disciples are allowed one drop-off every 30 days. Only disciples who are on refocus period can receive drop-offs. You should wait for your family member to contact you with a list of approved items before dropping them off. You are not allowed to visit your loved one when you drop off items. Drop-off items will be searched by staff before he is allowed to receive them. Please do not drop off anything that he is not allowed to have, such as cell phones, protein powder, mouthwash with alcohol, etc. Please call any Academy staff person if you are unsure whether any item is allowed or not. All items should be left at the front desk on the following designated days and times:

Monday - Friday

8:00 a.m. to 12:00 p.m.

1:00 p.m. to 4:00 p.m.

**No weekend drop-offs allowed**

## Visitation Rules

Disciples not on refocus period or restriction status are allowed to have two one-hour visits per week. Visits are in the Chapel of the Fresno Rescue Mission. Food and drink are not allowed. Please no smoking on Mission Property. You must sign in and out of the visitation log that is located at the front desk at the beginning and conclusion of your visit. Appropriate and modest attire is required for all visitors. As an example, female attire considered inappropriate include shorts and skirts higher than 4 inches above the knee, halter-tops, spaghetti strap tops, bare mid-section, bareback, low cut blouses, etc. Gang affiliated, pornographic and attire displaying profanity are also considered inappropriate. (No RED or BLUE clothing) All visits must be in the chapel in the back rows. Visiting days and times are as follows:

Monday - Friday: 4:15 p.m. to 6:00 p.m.

Saturday – Sunday and Holidays: 12:00 p.m. to 6:00 p.m.

## What Are Disciples Allowed To Have/Not Allowed To Have?

One of the most frequent questions from families is what Disciples are and aren't allowed to have. The following list gives the maximum amount of clothes allowed. The Mission can supply any clothing or hygiene items that Disciples need and the family cannot afford to purchase.

**Clothing**

7 Pairs of Pants; 7 Shirts; One Personal Jacket; Three Pairs of Shoes (One Athletic, One Dress, One Work); 12 pair underwear; 12 pair socks; 7 T-Shirts; Two pair athletic shorts; One pair sweat pants; One sweat shirt; One sweater

**Personal Hygiene and Other Items**

Four Razors; Two Combs; One Soap Dish; One Deodorant; Alcohol Free Mouthwash; Bible, reading materials, and school materials.

*The Mission is not responsible for any lost or stolen items.*

**Food Lockers**

Disciples also have a food locker where they can store their favorite snacks or drinks. All "foodstuff" including candy, which is kept in lockers, is to be unopened or in sealed containers such as Zip lock bags, threaded bottles, or cans. Also, the locker should be limited to items,

which can be consumed by the individual within one week. They are allowed to have the following:

- Snacks & Candy; Coffee; Sugar & Creamer; Sodas, bottled water, vegetable/fruit juices

**What Are They Not Allowed To Have?**

Excessive clothes; clothing, hats, shoes, or personal items with any sports logos or gang-related colors (red or blue); cell phones; any electronic gadget; CD's or DVD's; knives or any sharp objects; energy drinks; mouthwash, cold medication, cologne, etc. that contains alcohol; tobacco of any kind; e-cigarettes. All such items will be confiscated and disciplinary action will be imposed if any of these are in his possession. Please call any Academy staff if you are uncertain whether any item is allowed.

## Anonymity & Confidentiality

Anonymity and confidentiality helps make the Academy a safe place to recover. Anonymity has to do with not acknowledging whether a certain individual is here or not. We can only disclose whether the Disciple is here if their name is listed by the Disciple on the disclosure form he filled out. If a family member's name is not on that list, then we cannot disclose that information. The front desk receptionist, other FRM staff and Disciples that answer the phone are told to say. "I can either confirm or deny whether he is here or not. But if you want to give me your name and number, I will make sure he gets it if he is here." Please don't get frustrated if you call and get this response. They are merely doing what they are told. Confidentiality involves not disclosing personal information regarding a Disciple's program or details shared in counseling. We are bound by a strict code of confidentiality meaning that we are not free to share information spoken by the Disciple in counseling or written in his case logs. As such, we will not discuss specifics of his case without his permission, even to family members. This also pertains to the discussion of personal information regarding your family member or any other Disciple in the program.

## Phone Calls

Disciples not on refocus period or restriction are also required to have one three-hour church pass each week on Saturday or Sunday. The church attended is of his own choosing. Family members can pick up a Disciple for church. Family members are encouraged to attend church with Disciples whenever possible.

## Passes

Disciples not on refocus period or restriction status are eligible to have one 6 hour pass on Saturdays or Sundays. Disciples not on refocus period or restriction are also required to have

one three-hour church pass each week on Saturday or Sunday. The church attended is of his own choosing. Family members can pick up a Disciple for church. Family members are encouraged to attend church with Disciples whenever possible.

# APPENDIX 2



**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California 95814-2510
(916) 498.5700   FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

LINDA C. ALLISON
Chief Assistant Defender

# memorandum

Date:     July 26, 2017

To:       Samuel Wong, Assistant United States Attorney

From:     Jerome Price, Assistant Federal Defender

Subject:  United States v. Jimmy Gutierrez, 2:91-cr-0072-WBS
          Proposal for Resolution

Mr. Wong,

The defense proposes the following resolution for Mr. Gutierrez. First, we ask the Court to exercise its authority under 18 U.S.C. § 3583(i) to delay revocation hearing far enough to allow Mr. Gutierrez to participate in the Fresno Rescue Mission Drug Treatment Program as referenced in prior sentencing memoranda submitted by the defense. *See* Docket # 217, 221. The Fresno Rescue Mission is an 18-month program, which entails a 12-month inpatient component and a 6-month after care component. *See* Attachment in 6/29/17 email correspondence. Probation has confirmed that Mr. Gutierrez's supervision has not expired as defense counsel had previously thought. The defense does not dispute the government's contention that time has been tolled from Mr. Gutierrez's prior state prison sentence that he served while on supervision. In that regard, Mr. Gutierrez's conditions of supervised release can be modified and he can be released from custody to a program under the authority set forth in 18 U.S.C. § 3583(e)(2) and Fed. R. Crim. P. 32.1(c). Courts may "modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release." 18 U.S.C. § 3583(e)(2). Federal Rule of Criminal Procedure 32.1(a)(6) grants authority for an in-custody defendant to be released under the Bail Reform Act, 18 U.S.C. § 3143(a)(1).

To modify conditions, the Court must consider "the provisions applicable to the initial setting of the terms and conditions of post-release supervision." §3583(e)(2). Those provisions, set forth at 18 U.S.C. §§ 3583(c)-(d), require the Court to consider "the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)." § 3583(c). Our position is that requiring Mr. Gutierrez to participate in the drug treatment program is consistent with §§ 3553(a)(1) and (a)(2)(D) in that the nature and circumstances of the offense suggest that

Mr. Gutierrez has a significant drug addiction and a lengthy inpatient program drug treatment program provides needed correctional treatment in the most effective manner.

The Court can delay Mr. Gutierrez's hearing for "any period reasonably necessary for the adjudication of matters" arising prior to the natural expiration of supervision.
18 U.S.C. § 3583(i). The defense is willing to agree that it is reasonably necessary to allow Mr. Gutierrez to participate in this program to be able to fully adjudicate the revocation and provide for full consideration of relevant § 3553(a) factors. This delay would have the effect of delaying the recommencement of Mr. Gutierrez's supervision, which, in turn, would effectively extend Mr. Gutierrez's supervision. In contrast, immediate sentencing would result in Mr. Gutierrez's supervision expiring prior to the completion of the 18-month drug treatment program, which would leave little oversight to Mr. Gutierrez as he transitions back into the community. Delaying the revocation can avoid the potential lack of supervision. For the government's agreement to this resolution, the defense is willing to waive any argument on appeal or in subsequent proceedings that relates to the length of the delay proposed herein. In other words, if there were to be any subsequent proceedings, Mr. Gutierrez would not contest the court's authority to delay the revocation hearing as proposed, nor would he contest the length of the delay. As far as timing goes, the defense proposes the following schedule:

- Monday, July 31, 2017- Status hearing on proposal to release and modify conditions of supervision.
- Wednesday, August 2, 2017- Mr. Gutierrez is released from custody and travel on a prepaid Amtrak ticket to Fresno, where will (1) report to probation and get assigned a probation officer and (2) report to the Fresno Rescue Mission supervised by Federal Defender investigator in Fresno.
- 6 months later—February 5, 2017- Status conference set regarding progress in Fresno Rescue Mission inpatient component.
- 12 months later- August 6, 2018—Disposition hearing after completion of the Fresno Rescue Mission with the option of continuing the hearing until the completion of the 6-month aftercare component.
- 18 months later- February 2019- Optional Status conference/Dispositional hearing following completion of the Fresno Rescue Mission program.

We appreciate the government's consideration. Please contact me if you have any questions or concerns with the defense's proposal.