HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JIMMY JOHN GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:91-cr-00072-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~] ORDER TO SET AN ADMIT/DENY HEARING ON SUPERSEDING PETITION** |
| vs. | ) |
| JIMMY JOHN GUTIERREZ, | ) Date: November 5, 2018 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Samuel Wong, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Jimmy J. Gutierrez, that an Admit/Deny hearing may be set for November 5, 2018.

By this stipulation, the parties jointly agree that the above matter be put on calendar to move forward with violation proceedings.

//

//

//

Stipulation and Order to set Admit/Deny Hearing     -1-     *U.S. v. Jimmy J. Gutierrez*, 2:91-cr-00072-WBS

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | Date: October 31, 2018 | */s/ Jerome Price*<br>JEROME PRICE |
| 5 | | Assistant Federal Defender<br>Attorneys for Defendant |
| 6 | | JIMMY JOHN GUTIERREZ |
| 7 | Date: October 31, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Samuel Wong*<br>SAMUEL WONG |
| 10 | | Assistant United States Attorney<br>Attorneys for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **The Court specifically orders that an Admit/Deny hearing be set on November 5, 2018, at 9:00 a.m. before Judge William B. Shubb.**

Dated: November 1, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE